# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sid Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| PRECEDENT HEALTH CENTER | ) | 99-13326-SBB |
| OPERATIONS, LLC | ) | (Chapter 11) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JEANNE Y. JAGOW, Trustee of the | ) | |
| Precedent Health Center Operations, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 08-01056-SBB |
| MUTUAL OF OMAHA INSURANCE | ) | |
| COMPANY, | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION FOR STAY OF PROCEEDINGS**

THIS MATTER comes before the Court on the Defendant's Motion for Stay of Proceedings in Bankruptcy Court Pending Resolution of Motion for Withdrawal of Reference filed December 31, 2008 (Docket #50). The Court, having reviewed the pleading,

DOES FIND that Defendant has filed the Motion seeking a stay of the within adversary proceeding pending the United States District Court's consideration of Defendant's Motion for Withdrawal of Reference filed on December 31, 2008 (Docket #49). It appears appropriate to deny the Defendant's Motion for various reasons, including, but not necessarily limited to, the following:

1. The United States District Court routinely refers cases back to the Bankruptcy Court even after withdrawing the reference of a matter for purposes of trial, for the Bankruptcy Court to conduct all pre-trial procedures, discovery, etc.

2. Further delay in the within matter is unnecessary and undue given the need for timely administration of the underlying bankruptcy Estate and timely resolution of the dispute affecting rights and assets of the Estate.

IT IS THEREFORE ORDERED that the Motion for Stay of Proceedings in Bankruptcy Court Pending Resolution of Motion for Withdrawal of Reference is hereby DENIED.

Dated this 20th day of January, 2009.

BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Judge