IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00191-MSK

In RE:

PRECEDENT HEALTH CENTER OPERATIONS, LLC,

    Debtor.

JEANNE Y. JAGOW, Trustee of Precedent Health Operations, LLC,

    Plaintiff,

v.

MUTUAL OF OMAHA INSURANCE COMPANY,

    Defendant.
_____

**ORDER OF RECUSAL**
_____

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. The Plaintiff is the Trustee for Debtor Precedent Health Center Operations, LLC. A close personal friend of longstanding was an officer of the Debtor. The issues in the litigation may relate to services performed by her, and as a consequence the undersigned must recuse. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 25th day of February, 2009.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge